UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLEY HENRY, LAURA HENRY,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>Defendants. | Case No.: 3:17-cv-688-JM-NLS<br><br>**ORDER GRANTING JOINT EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME**<br><br>[ECF No. 36] |

1 | Before the Court is the parties Joint *Ex Parte* Application for an Order Shortening Time on Defendants' Motion for Protective Order or, Alternatively, Defendants' Request for an Order Staying Ocwen's Deposition Pending Hearing on Motion for Protective Order. ECF No. 36. The parties propose an expedited briefing schedule to permit determination on the Defendants' motion for entry of a protective order in advance of a deposition scheduled for April 12, 2018.

The Court **GRANTS** the parties' request to shorten time. Plaintiffs have filed an opposition (ECF No. 40) and Defendants may file their reply consistent with the timeline set forth in the ex parte application. The Court will then take the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d). The Court will then issue a written order on the motion.

**IT IS SO ORDERED**.

Dated: April 4, 2018

Hon. Nita L. Stormes
United States Magistrate Judge