UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ATLEY HENRY, LAURA HENRY, | Case No.: 3:17-cv-688-JM-NLS |
|---|---|
| Plaintiff, | **ORDER** |
| v. | (1) **DENYING AS MOOT JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE NO. 1 [ECF No. 38]; and** |
| OCWEN LOAN SERVICING, LLC, et al., | |
| Defendants. | (2) **GRANTING IN PART JOINT MOTION TO CONTINUE DISCOVERY DISPUTE NO. 1 [ECF No. 45]** |

Before the Court is the parties' Joint Stipulation to Continue Joint Motion for Determination of Discovery Dispute No. 1. ECF No. 45. In light of additional documents that were located and the pending production which will alter the substance of Discovery Dispute No. 1, the parties request the Court defer ruling and grant additional time to submit a "supplemental joint statement" on or before April 27, 2018. *Id.*

Having reviewed the Discovery Dispute No. 1, the Court finds it contains arguments which have been addressed by the entry of a protective order (*see* ECF No. 44)

1

and are otherwise rendered moot or modified so significantly as to require revised briefing due to the location and pending production of additional documents.

In light of these circumstances, the Court finds it appropriate to:

1. **DENY AS MOOT** the Joint Motion for Determination of Discovery Dispute No. 1;
2. **GRANT** an extension of time until April 27, 2018, for the parties to submit a Discovery Dispute regarding Request for Production of Documents (Set One) propounded by Laura Henry. This Discovery Dispute, if it cannot be resolved by the parties following production of documents, shall be filed as Joint Motion for Determination of Discovery Dispute No. 3 (or next in order) and must remove any arguments previously addressed by the Court in any Order.
3. The Court will rule on Joint Motion for Determination of Discovery Dispute No. 3 at its earliest convenience.

**IT IS SO ORDERED**.

Dated: April 16, 2018

Hon. Nita L. Stormes
United States Magistrate Judge