UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLEY HENRY, LAURA HENRY,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>Defendants. | Case No.: 3:17-cv-688-JM-NLS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT STIPULATION TO CONTINUE TRIAL RELATED DATES AND DEADLINE TO SUBMIT JOINT MOTION FOR DETERMINTATION OF DISCOVERY DISPUTE**<br><br>**[ECF No. 48]** |

Before the Court is the parties' joint stipulation to extend the deadline to submit Joint Motion for Determination of Discovery Dispute No. 3, as well as continue dates as set forth in the Scheduling Order. ECF No. 48.

**A. Joint Motion for Determination of Discovery Dispute No. 3**

The parties have previously requested and been granted an extension of time, until April 27, 2018, to file a Joint Motion for Determination of Discovery Dispute No. 3 ("Discovery Dispute"). ECF No. 46. The parties now request an additional extension, until May 15, 2018 to file their Discovery Dispute. ECF No. 48. The parties represent that production of documents related to that dispute occurred, and review is underway.

*Id.* at 3. The parties also represent they have agreed to continue both depositions and the Discovery Dispute filing deadline in order to permit additional time to produce any outstanding documents, a privilege log, and supplemental responses. *Id.*

The Court finds the parties present good cause to extend the deadline for filing and **GRANTS** the parties until **May 15, 2018** to submit the Discovery Dispute.

### B. Amend the Scheduling Order

The parties have also agreed and request that the Court amend the Scheduling Order (ECF No. 31) because the parties "are in the process of scheduling a private mediation" and desire to "focus on settlement." ECF No 48 at 3.

A request to modify the scheduling order is governed by Federal Rules of Civil Procedure 16(b)(4) and "may be modified only for good cause and with the judge's consent." The Court encourages the parties to discuss settlement, however, pursuit of settlement is not hindered by the Scheduling Order and the parties present no good cause to extend the dates as set forth in the current Scheduling Order- the first of which remains over two months away (Fact Discovery cut off of July 13, 2018). *See* ECF No. 31. The request to amend the Scheduling Order is **DENIED**.

**IT IS SO ORDERED**.

Dated: April 30, 2018

Hon. Nita L. Stormes
United States Magistrate Judge