UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLEY HENRY, LAURA HENRY,<br><br>                                        Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>                                        Defendants. | Case No.:  3:17-cv-688-JM-NLS<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE DISCOVERY DISPUTE NO. 3**<br><br>**[ECF No. 50]** |

Before the Court is the parties' Joint Stipulation to Continue Joint Motion for Determination of Discovery Dispute No. 3.[1]  ECF No. 50.  The Court previously extended the deadline to submit Discovery Dispute No. 3 to May 15, 2018.[2]  ECF No. 49.

---

[1] The parties began each paragraph in their stipulation with the word "whereas."  "Whereas" is an "archetypal legalism [that] used to be every lawyer's idea of how to begin a contract.  No longer. One easy way to avoid it … is to use the subtitle 'Background' or 'Recitals,' followed by short declarative sentences explaining what's about to be done and why."  Bryan Garner, Ax these terms from your legal writing, ABA JOURNAL (Apr. 2014), http://www.abajournal.com/magazine/article/ax_these_terms_from_your_legal_writing/.  The Court notifies the parties that it appreciates when plain language is used, and appreciates when parties avoid using unnecessary "legalese" like "whereas" whenever possible.

[2] This is the second time the parties have submitted a request to continue a deadline on the date of the deadline.  The parties are referred to the Chambers Rules and cautioned that any further requests for

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The parties represent they are currently engaged in mediation, and continue to review documents produced relative to the Requests for Production that are the subject of Discovery Dispute No. 3.  ECF No. 50 at 3.   The Court finds sufficient good cause to **GRANT** the request.  The parties' Joint Motion for Determination of Discovery Dispute No. 3 must be filed by no later than **<u>May 31, 2018</u>**.

**IT IS SO ORDERED**.

Dated:  May 16, 2018

Hon. Nita L. Stormes
United States Magistrate Judge

continuance must be timely.  Judge Stormes Civil Case Procedures, § III ("any request to continue… must be made in writing no less than seven (7) calendar days before the affected date").