Babak Semnar, Esq. (SBN 224890)
Bob@sandiegoconsumerattorneys.com
Jared M. Hartman, Esq. (SBN 254860)
jared@sandiegoconsumerattorneys.com
41707 Winchester Road, Suite 201
Temecula, CA 92590
Telephone (619) 500-4187; Fax (888) 819-8230

Attorneys for Plaintiffs, LAURA and ATLEY HENRY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLEY HENRY, an individual, and LAURA HENRY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; and DOES 1-10,<br><br>Defendant. | CASE NO. 3:17-cv-00688-JM-NLS<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

PLEASE TAKE NOTICE, the Parties to this matter have reached a settlement in principal as to all causes of action and all parties.

The Parties will require 60 days to draft the settlement terms and to thereafter execute the terms, after which time the Parties will file a joint motion to dismiss with prejudice, with each Party to bear its own costs and attorneys' fees.

Therefore, the Parties request that the Court vacate all pending dates/deadlines/hearings and set a status review conference for 75 days from today's date.

DATED: June 25, 2018  **SEMNAR & HARTMAN, LLP**

By: */s/ Jared M. Hartman*
Jared M. Hartman, Esq.
Attorneys for Attorneys for Plaintiffs
Atley Henry and Laura Henry

Dated: June 25, 2018  **HOUSER & ALLISON**
A Professional Corporation

By: */s/ Neil Cooper*
Neil J. Cooper
Attorneys for Defendants Ocwen Loan Servicing, LLC and Impac Mortgage Corporation