Eric D. Houser (SBN 130079)
Robert W. Norman, Jr. (SBN 232470)
Neil J. Cooper (SBN 277997)
HOUSER & ALLISON, APC
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
E-Mail: bnorman@houser-law.com
E-Mail: ncooper@houser-law.com

Attorneys for Defendants Ocwen Loan Servicing, LLC and Impac Mortgage Corp.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLEY HENRY, an individual, and LAURA HENRY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; IMPAC MORTGAGE CORP.; and DOES 1-10,<br><br>Defendants. | Case No.: 3:17-cv-00688-JM-NLS<br><br>Hon. Jeffrey T. Miller<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41] |

**TO THE COURT, CLERK, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiffs Atley Henry and Laura Henry (collectively, "Plaintiffs") and defendants Ocwen Loan Servicing, LLC and Impac Mortgage Corporation (collectively, "Defendants"), by and through their undersigned attorneys, hereby stipulate to dismiss the above-captioned action with prejudice, in its entirety and as to all claims and defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

Dated: August 21, 2018            **HOUSER & ALLISON**
                                   A Professional Corporation

                                   By:     */s/ Neil J. Cooper*
                                   Robert W. Norman, Jr.
                                   Neil J. Cooper
                                   Attorneys for Defendants
                                   Ocwen Loan Servicing, LLC and
                                   Impac Mortgage Corporation


Dated: August 21, 2018            **SEMNAR & HARTMAN, LLP**

                                   By:     */s/ Jared M. Hartman*
                                   Babak Semnar
                                   Jared M. Hartman
                                   Attorneys for Plaintiffs
                                   Atley Henry and Laura Henry