# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ATLEY HENRY; LAURA HENRY, | CASE NO. 17cv0688 JM(NLS) |
|---|---|
| Plaintiffs, | ORDER GRANTING JOINT MOTION TO DISMISS ACTION |
| v. | |
| OCWEN LOAN SERVICING, LLC.; IMPAC MORTGAGE CORP., | |
| Defendants. | |

For good cause shown, the court GRANTS the parties' joint motion to dismiss the action with prejudice (Doc. No.64).

**IT IS SO ORDERED.**

DATED: August 30, 2018

Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties